UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VANESSA ELIZABETH S.A.,[1]

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-06260-TLN-CSK

A# 087-588-270

**RELEASE ORDER**

Petitioner, an immigration detainee proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 10.) Respondents filed objections to the findings and recommendations "for the reasons stated in its Answer" to the Petition. (ECF No. 12.)

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 10) are ADOPTED IN FULL.

2. The Petition for Writ pf Habeas Corpus (ECF No. 1) is GRANTED as to claim one (due process).[2]

3. Respondents shall IMMEDIATELY RELEASE Petitioner Vanessa Elizabeth S.A. (A# 087-588-270) from custody under the same conditions she was previously released in her June 21 or 23, 2009 Order of Supervision. At the time of release, Respondents must provide Petitioner with a copy of this Order as well as all of her documents and possessions. Respondents shall file a **notice of compliance** with this provision by **September 14, 2026**.

4. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, seven-days' pre-deprivation notice and strict compliance with the requirements of 8 C.F.R. § 241.13(i) for revocation of release, and any other applicable statutory and regulatory procedures.

5. The Clerk of the Court is directed to serve this Order on **California City Detention Center**, enter judgment in favor of Petitioner, and close this case.

IT IS SO ORDERED.

DATE: September 8, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

[2] Having found relief warranted based on Petitioner's due process claim, the Court declines to address Petitioner's additional claims in a favor of judicial economy.